Argued August 20, affirmed August 20, 1973

STATE OF OREGON, *Respondent, v.* STEPHEN EDWARD BASCOM (No. 42213), *Appellant.*

513 P2d 179

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.